IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

UNITED STATES OF AMERICA

v.  Case No. 08-0049JTM-01

DEANDRE R. PARKER

AUSA: Brent Venneman
Defense Atty.: William J. Raymond, AFPD

| JUDGE | John T. Maughmer<br>United States Magistrate Judge | DATE AND TIME | March 26, 2008<br>11:37am - 11:51am |
|---|---|---|---|
| DEPUTY CLERK | Kerry Martinez | TAPE/REPORTER | K. Martinez |
| INTERPRETER | None | PRETRIAL/PROB: | Emil "Van" Hecke |

## CLERK'S MINUTES

DETENTION AND PRELIMINARY HEARING

<u>DETENTION HEARING:</u> Parties appear in person and with counsel ready to proceed on government's motion for pretrial detention.

( x ) Parties stipulate to the factual contents of the Pretrial Services Report as being the direct testimony of Pretrial Services Officer <u>Emil "Van" Hecke.</u>

    ( ) with exception(s) _____.

( ) Government presents evidence and calls witness(es) _____.

( ) Defendant presents evidence and calls witness(es) _____.

( x ) Neither party presents evidence.
( x ) Arguments presented.
( x ) Defendant makes a proffer.
( ) The Court takes judicial notice of the statutory presumption against release.
( x ) The Court judicially notices the affidavit in support of the complaint.
( ) Other: _____.

Based on the information before the Court:

( )   The Court found reason to believe that no condition or combination of conditions of release would reasonably assure:

    ( )   the appearance of the defendant
    ( )   the safety of any other person or persons and the community
    ( )   DEFENDANT ordered detained without bail pending trial
    ( )   Written DETENTION ORDER to be forthcoming


( x )   The Court made a finding that the defendant should be released from detention. Government's motion for pretrial detention is denied.
    ( )   Defendant released on a personal recognizance bond.
    ( x )   Defendant released on a $ 10,000  unsecured surety bond to be co-signed by the someone approved by the Court as surety.
    ( )   Defendant released on a $_____ cash or security bond.
    ( )   Defendant remanded to the custody of the U.S. Marshal until conditions are met
    ( )   Defendant appears on a writ and is not eligible for bond at this time.


PRELIMINARY EXAMINATION

( x )   Defendant waived preliminary examination. Probable cause established; defendant bound over to U.S. District Court for grand jury or other action.

( )   Preliminary examination held.
    ( )   Government presents evidence and calls witness(es) _____ _____.

( x )   Probable cause established; defendant bound over to U.S. District Court for grand jury action or other proceedings.
( )   Probable cause not established; defendant discharged.

( )   Defendant remanded to custody of U.S. Marshal.
( x )   Defendant released on a continuing bail bond.