IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal No. 08-00085-01-CR-W-DW |
| v. | ) | Complaint No. 08-0049JTM-01 |
| | ) | |
| DEANDRE R. PARKER, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION TO DISMISS COMPLAINT

Comes now Brent Venneman, Assistant United States Attorney, and moves the Court to dismiss the complaint filed on March 21, 2008, before United States Magistrate Judge John T. Maughmer, at Kansas City, Missouri, charging the defendant with knowingly possess, with intent to distribute, a mixture or substance containing cocaine base, "crack", in an amount of fifty (50) grams or more, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

*/s/ Brent Venneman*

Brent Venneman
Assistant United States Attorney
Western District of Missouri

## O R D E R

Upon motion of the United States of America, the complaint against defendant Deandre R. Parker filed on March 21, 2008, is hereby dismissed.

/s/ John T. Maughmer
John T. Maughmer
United States Magistrate Judge

Dated:      April 17, 2008
Kansas City, Missouri